UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PAUL J. MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>SECRETARY OF STATE ROSS<br>MILLER, and SANDRA MERLINO,<br><br>    Defendants. | 2:08-CV-01264-PMP-RJJ<br><br><br>ORDER |

On March 30, 2010, this Court entered an Order (Doc. #6) giving Plaintiff until April 22, 2010, to show cause in writing why this action should not be dismissed. Plaintiff did not respond. Additionally, on June 28, 2010, the Court entered a Notice (Doc. #7) of intent to dismiss for failure to timely serve the Complaint under Federal Rule of Civil Procedure 4(m), and advised the Plaintiff that the action would be dismissed unless proof of service was filed by July 28, 2010. Plaintiff did not respond and no proof of service was filed.

IT IS THEREFORE ORDERED that this action is hereby DISMISSED.

DATED: March 4, 2011

_____
PHILIP M. PRO
United States District Judge